B6C (Official Form 6C) (4/10)

In re **Raman B Sutaria,**
**Maryjyotika R Sutaria**,
Debtors

Case No. **11-41416**

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| Townhome 6063 N Paulina, Chicago Illinois value per zillow 7/1/11 $156,400 | 735 ILCS 5/12-901 | 3,400.00 | 156,400.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking - Chase | 735 ILCS 5/12-1001(b) | 55.00 | 55.00 |
| Checking - Devon BAnk | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| Savings - Devon Bank | 735 ILCS 5/12-1001(b) | 3,000.00 | 500.00 |
| **Household Goods and Furnishings** | | | |
| Personal possessions in home | 735 ILCS 5/12-1001(b) | 1,200.00 | 1,200.00 |
| **Wearing Apparel** | | | |
| Personal clothing | 735 ILCS 5/12-1001(a) | 800.00 | 800.00 |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| Cook County Retirement | 735 ILCS 5/12-704 | 50,000.00 | 50,000.00 |
| **Stock and Interests in Businesses** | | | |
| 100% interested in Borsad LLC (formerly operated liquor store - business closed in April 2011) | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Possible lawsuit against landlord of Borsad LLC. Landlord locked debtor out of business due to failure to pay rent. | 735 ILCS 5/12-1001(b) | 1,145.00 | Unknown |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2004 Honda CRV 183,655 miles | 735 ILCS 5/12-1001(c) | 1,625.00 | 4,625.00 |
| 2001 Hondia Elentra | 735 ILCS 5/12-1001(b) | 2,000.00 | 2,000.00 |
| | Total: | 63,825.00 | 216,180.00 |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt