## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1

| Case No.: | 11-41416-CAD | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SUTARIA, RAMAN B AND SUTARIA, MARYJYOTIKA R | Date Filed (f) or Converted (c): | 10/11/2011 (f) |
| For the Period Ending: | 06/30/2013 | §341(a) Meeting Date: | 11/15/2011 |
| | | Claims Bar Date: | 05/01/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Townhome 6063 N Paulina, Chicago Illinois value per zillow 7/1/11 $156,400 | $156,400.00 | $0.00 | | $0.00 | FA |
| 2 | Checking - Chase | $55.00 | $0.00 | | $0.00 | FA |
| 3 | Checking - Devon BAnk | $500.00 | $0.00 | | $0.00 | FA |
| 4 | Savings - Devon Bank | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Personal possessions in home | $1,200.00 | $0.00 | | $0.00 | FA |
| 6 | Personal clothing | $800.00 | $0.00 | | $0.00 | FA |
| 7 | Term life | $0.00 | Unknown | | $0.00 | FA |
| 8 | Cook County Retirement | $50,000.00 | $0.00 | | $0.00 | FA |
| 9 | 100% interested in Borsad LLC (formerly operated liquor store - business closed in April 2011) | $100.00 | $0.00 | | $0.00 | FA |
| 10 | Possible lawsuit against landlord of Borsad LLC. Landlord locked debtor out of business due to failure to pay rent. | $0.00 | $50,000.00 | | $0.00 | $50,000.00 |
| Asset Notes: | Reviewing docs. to pursue claims against landlord. | | | | | |
| 11 | 2004 Honda CRV 183,655 miles | $4,625.00 | $0.00 | | $0.00 | FA |
| 12 | 2001 Hondia Elentra | $2,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Asset** |
| | $216,180.00 | $50,000.00 | | $0.00 | $50,000.00 |

**Major Activities affecting case closing:**

12/31/2011  The debtor's landlord locked him out of the business for non-payment of rent – we wanted to see the lease and any documents relating to the business. The business was losing money - there was supposedly $40k in equipment. The Debtor is really is upset with the landlord and wants to pursue a cause of action against the landlord The Debtor has written to the attorney general in regards to this claim. I do not see any value in this case and the cost of ligation would most exceed any possible recovery and have spoken to David Cutler and he is not willing to represent the Debtor in pursuing such action. There is a default clause in the lease.

Need to contact N. Reid to see if he wants to pursue claims against the landlord.

## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 2

| | |
|---|---|
| **Case No.:** 11-41416-CAD | **Trustee Name:** David Leibowitz |
| **Case Name:** SUTARIA, RAMAN B AND SUTARIA, MARYJYOTIKA R | **Date Filed (f) or Converted (c):** 10/11/2011 (f) |
| **For the Period Ending:** 06/30/2013 | **§341(a) Meeting Date:** 11/15/2011 |
| | **Claims Bar Date:** 05/01/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

06/21/2013  N. Reid to reviewing docs. to see if he can pursue claims against the landlord.

**Initial Projected Date Of Final Report (TFR):** 12/31/2012     **Current Projected Date Of Final Report (TFR):** 12/31/2014     /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ